**Larry L. MOORE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5079.

United States Court of Appeals, Federal Circuit.

Sept. 3, 2008.

ON MOTION

*ORDER*

Upon consideration of the United States' unopposed motion to dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**RUSSIAN RECOVERY FUND LIMIT-ED, Russian Recovery Advisors, L.L.C., and Bracebridge Capital, L.L.C, Tax Matters Partners, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2008–5095.

United States Court of Appeals, Federal Circuit.

Sept. 3, 2008.

Loretta R. Richard, Ropes & Gray LLP, Boston, MA, for Plaintiffs–Appellees.

Robert J. Higgins, Department of Justice, Washington, DC, for Defendant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).